UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO G.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. O'MALLEY,[2] <br> Commissioner of Social Security, <br><br> Defendant. | Case -CV 2:22-08374-ODW(RAO) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. Accordingly, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin J. O'Malley, the current Commissioner of Social Security, is hereby substituted as the defendant.

1  IT IS ORDERED that the decision of the Commissioner is REVERSED, and
2  the matter is REMANDED for further administrative action.

3
4  DATED: January 3, 2024    _____
5  OTIS D. WRIGHT II
   UNITED STATES DISTRICT JUDGE