Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com
Attorney for Plaintiff ALFREDO GALVAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO GALVAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARTIN O'MALLEY[1],<br>Commissioner of Social Security,<br><br>                    Defendant | CASE NO.   2:22-cv-8374 ODW-RAO<br><br>[~~PROPOSED~~] ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. §2412(d) |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$8,000** and **$402** in costs as authorized by 28 U.S.C. § 2412.

Dated:   04/03/2024

_____
Honorable Rozella A. Oliver
United States Magistrate Judge

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted, therefore, for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).